Order entered November 26, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00863-CR

---

## LAWRENCE FRANK CROUSE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-87861-2011**

---

## ORDER

The Court **REINSTATES** the appeal.

On October 26, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; and (3) counsel will file appellant's brief by Monday, November 26, 2012.

We **ORDER** appellant' to file his brief within **FIFTEEN DAYS** of the date of this order.


DAVID L. BRIDGES
JUSTICE